## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert E. Conway                                  CHAPTER 13
       Patricia J. Conway
                Debtor(s)                              BKY. NO. 19-10113 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                                   Respectfully submitted,

                                                   **/s/James C. Warmbrodt, Esquire**
                                                   James C. Warmbrodt, Esquire
                                                   Attorney I.D. No. 42524
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106
                                                   412-430-3594
                                                   jwarmbrodt@kmllawgroup.com