Form 237

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert E. Conway** | : | Case No. 19−10113−TPA |
| **Patricia J. Conway** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Robert E. Conway | : | |
| Patricia J. Conway | : | Related to Claim No. 1 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**ORDER**

     **AND NOW**, this **The 1st of February, 2021,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Nationstar Mortgage LLC d/b/a Mr. Cooper* at Claim No. 1 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert E. Conway  
Patricia J. Conway  
    Debtors

Case No. 19-10113-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 2  
Date Rcvd: Feb 01, 2021     Form ID: 237     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Conway, Patricia J. Conway, PO Box 303, Linesville, PA 16424-0303 |
| 15000500 | + | Department of Veterans Affairs, PO Box 42954, Philadelphia PA 19101-2954 |
| 14991383 | + | Holiday Financial Services, 715 West 38th Street, Erie, PA 16508-2626 |
| 14991384 | + | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14991385 | + | Nationstar / Mr Cooper, 8950 Cypress Waters Blvd,, Coppell, TX 75019-4620 |
| 14996665 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15018017 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14991389 | + | Shapiro & DeNardo LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15014416 | | Email/Text: bnc@atlasacq.com | Feb 02 2021 07:57:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15014999 | + | Email/Text: bnc@advanceamerica.net | Feb 02 2021 07:58:00 | Advance America Small Loans of Ohio, Inc., c/o Advance America, 135 North Church Street, Spartanburg, SC 29306-5138 |
| 15233408 | + | Email/Text: bankruptcy@avidac.com | Feb 02 2021 07:59:00 | Avid Acceptance LLC., 6995 Union Park Center Ste 450, Cottonwood Heights UT 84047-6145 |
| 15004686 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 02 2021 07:58:00 | Consumer Portfolio Services, PO Box 57071, Irvine CA 92619-7071 |
| 14991381 | | Email/Text: bnc@advanceamerica.net | Feb 02 2021 07:58:00 | First American Loans, 3329 E. Broad Street, Whitehall, OH 43213-1062 |
| 14991382 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 02 2021 07:58:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 14991386 | + | Email/Text: bankruptcynotices@schear.net | Feb 02 2021 07:58:00 | NCP Finance Ohio LLC, 205 Sugar Camp Circle, Dept CA, Dayton, OH 45409-1970 |
| 15033757 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 02 2021 07:57:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14991387 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 02 2021 07:57:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14991388 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 02 2021 07:57:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 15004496 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 02 2021 07:58:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15014994 | + | Email/Text: bnc@advanceamerica.net | Feb 02 2021 07:58:00 | VSCO of Ohio, Inc., c/o First American Loans, 135 North Church Street, Spartanburg, SC |

29306-5138

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Robert E. Conway dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Patricia J. Conway dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7