## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT E. CONWAY
PATRICIA J. CONWAY

Case No. 19-10113TPA

                    Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

                    Movant
            vs.

Document No __

AVID ACCEPTANCE LLC

                Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

        Vehicle Totaled

AVID ACCEPTANCE LLC
6995 UNION PARK CENTER STE 450
COTTONWOOD HEIGHTS, UT 84047

Court claim# 8/Trustee CID# 15

The Movant further certifies that on 04/01/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
cc: debtor(s)                                       SUITE 3250 US STEEL TWR
        original creditor                           PITTSBURGH, PA  15219
        putative creditor                           (412) 471-5566
        counsel for debtor(s)                       cmecf@chapter13trusteewdpa.com
        counsel for the creditor(s) (if known)

DEBTOR(S):
ROBERT E. CONWAY, PATRICIA J.
CONWAY, PO BOX 303, LINESVILLE, PA
16424

ORIGINAL CREDITOR:
AVID ACCEPTANCE LLC, 6995 UNION
PARK CENTER STE 450, COTTONWOOD
HEIGHTS, UT  84047

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW
OFFICES, 1210 PARK AVE, MEADVILLE, PA
16335