IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Robert Conway and
Patricia Conway,**

    **Debtors.**

Case No. 19-10113-GLT

Chapter 13

Related to Doc. Nos. 72 & 78 & 84

_____

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏    a motion to dismiss case or certificate of default requesting dismissal

✱    a plan modification sought by: Debtors and Trustee, to correct a scrivener's error contained in the previously filed Order Confirming Amended Plan at Doc 78. The previously submitted order did not reflect a correct percentage payment to unsecured creditors due to a typographical error in the Debtor's amended plan.

❏    a motion to lift stay
    as to creditor   _____

❏    Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏ Chapter 13 Plan dated _____
✱ Amended Chapter 13 Plan dated May 25, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ____ months.                    .

❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before _____.

❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✸ Other: The Debtors and Trustee stipulate and agree that the estimated percentage distribution to unsecured creditors shall be **zero (0%) percent**. This is consistent with the $0.00 estimate in the previous paragraphs in the confirmed amended plan.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 5th day of          April          , 2023

Dated: April 3, 2023

_____jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

Stipulated by:

/s/ Daniel P. Foster
Daniel P. Foster (PA I.D. #92376)
Counsel to Debtor
Foster Law Offices
P.O. Box 966
Meadville, PA  16335
814-724-1165
dan@mrdebtbuster.com

Stipulated by:

/s/Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10113-GLT |
| Robert E. Conway | Chapter 13 |
| Patricia J. Conway | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Conway, Patricia J. Conway, PO Box 303, Linesville, PA 16424-0303 |
| 15000500 | + | Department of Veterans Affairs, PO Box 42954, Philadelphia PA 19101-2954 |
| 14991383 | + | Holiday Financial Services, 715 West 38th Street, Erie, PA 16508-2626 |
| 15018017 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14991389 | + | Shapiro & DeNardo LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 15500436 | + | Westlake Financial Services, 3440 Flair Drive Lockbox 840132, El Monte CA 91731-2823 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15014416 | | Email/Text: bnc@atlasacq.com | Apr 05 2023 23:38:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15014999 | + | Email/Text: bnc@teampurpose.com | Apr 05 2023 23:38:00 | Advance America Small Loans of Ohio, Inc., c/o Advance America, 135 North Church Street, Spartanburg, SC 29306-5138 |
| 15233408 | + | Email/Text: bankruptcy@avidac.com | Apr 05 2023 23:38:00 | Avid Acceptance LLC., 6995 Union Park Center Ste 450, Cottonwood Heights UT 84047-6145 |
| 15004686 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 05 2023 23:38:00 | Consumer Portfolio Services, PO Box 57071, Irvine CA 92619-7071 |
| 14991381 | | Email/Text: bnc@teampurpose.com | Apr 05 2023 23:38:00 | First American Loans, 3329 E. Broad Street, Whitehall, OH 43213-1062 |
| 14991382 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 05 2023 23:38:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 14991384 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 05 2023 23:38:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14991386 | + | Email/Text: bankruptcynotices@schear.net | Apr 05 2023 23:38:00 | NCP Finance Ohio LLC, 205 Sugar Camp Circle, Dept CA, Dayton, OH 45409-1970 |
| 14991385 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 05 2023 23:38:00 | Nationstar / Mr Cooper, 8950 Cypress Waters Blvd,, Coppell, TX 75019-4620 |
| 14996665 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 05 2023 23:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15033757 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2023 23:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14991387 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2023 23:38:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14991388 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2023 23:38:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |

Case 19-10113-GLT    Doc 86    Filed 04/07/23    Entered 04/08/23 00:26:51    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 15018017 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 05 2023 23:38:00 | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15004496 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 05 2023 23:38:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15014994 | + | Email/Text: bnc@teampurpose.com | Apr 05 2023 23:38:00 | VSCO of Ohio, Inc., c/o First American Loans, 135 North Church Street, Spartanburg, SC 29306-5138 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Daniel P. Foster | on behalf of Debtor Robert E. Conway dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Patricia J. Conway dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Apr 05, 2023 Form ID: pdf900 Total Noticed: 21

cmecf@chapter13trusteewdpa.com

TOTAL: 8