Certificate Number: 03088-PAW-DE-038162949

Bankruptcy Case Number: 19-10113



03088-PAW-DE-038162949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2024, at 11:25 o'clock AM CST, Robert E Conway completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 6, 2024            By:   /s/Crystal Towner

                                    Name: Crystal Towner

                                    Title: Counselor