# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10113-JCM |
| **Robert E. Conway AND** | : | |
| **Patricia J. Conway,** | : | CHAPTER 13 |
| Debtors. | : | |
| | : | DOCUMENT NO. __97__ |
| **Foster Law Offices, LLC AND** | : | |
| **Ronda Winnecour,** | : | |
| **Chapter 13 Trustee,** | : | |
| Movants. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## CONSENT ORDER APPROVING REMAINDER OF ATTORNEY FEES

AND NOW, this ____9th_____ day of _____February_____, 2024, upon consent of the Debtor's Counsel and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties, as the instant case is scheduled to successfully complete and imminently close.

AND NOW, the parties aver that case is in month 59 of a 60-month confirmed plan term and the plan base has been met.

AND NOW, the parties consent that the most recent confirmed plan in this case "ear-marked" nine-hundred and fifty dollars ($950.00) in additional attorney fees over and above the previous "no-look" fee of four thousand dollars ($4,000).

AND NOW, counsel for the Debtor verifies that time and fees in the case are at least four thousand nine hundred and fifty dollars ($4,950) total.

AND NOW, the parties aver that there are sufficient funds on hand with the Chapter 13 Trustee to immediately pay Debtor's Counsel the monies due.

It is ORDERED that the Chapter 13 Trustee is authorized to disburse the nine-hundred and fifty dollars ($950.00) on hand for earned attorney fees, absent a formal fee application.

It is also ORDERED that Debtor's Counsel shall IMMEDIATELY serve a copy of this Order on the Debtor and all creditors on the Matrix.

BY THE COURT:

SIGNED
2/9/24 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jlm
John C. Melaragno
U.S. BANKRUPTCY JUDGE

Consented to:

*/s/Daniel P. Foster*
Daniel P. Foster
Attorney for Debtor

*/s/Ronda Winnecour*
Ronda Winnecour
Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10113-JCM |
| Robert E. Conway | Chapter 13 |
| Patricia J. Conway | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Conway, Patricia J. Conway, PO Box 303, Linesville, PA 16424-0303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

**Name**    **Email Address**

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Daniel P. Foster
    on behalf of Joint Debtor Patricia J. Conway dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Robert E. Conway dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Feb 09, 2024 Form ID: pdf900 Total Noticed: 1

Mario J. Hanyon
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8