**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **BANKRUPTCY CASE NO. 19-10113-JCM** |
| | **:** | |
| **Robert E. Conway and** | **:** | **CHAPTER 13** |
| **Patricia J. Conway,** | **:** | |
| **Debtors,** | **:** | |
| _____ ____ | **:** | **RELATED TO DOCKET NO.: 98** |
| **Robert E. Conway and** | **:** | |
| **Patricia J. Conway,** | **:** | |
| **Movants,** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **Ronda J. Winnecour, Esquire,** | **:** | |
| **Chapter 13 Trustee,** | **:** | |
| **Respondent.** | **:** | |

## CERTIFICATE OF SERVICE

I, Caitlyn Campbell, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the *Consent Order Approving Remainder of Attorney Fees* on the parties listed below by First Class Pre-paid United States mail.

Date Served: February 12, 2024

Respectfully submitted,
/s/ Caitlyn Campbell
Caitlyn Campbell
Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

Label Matrix for local noticing
0315-1
Case 19-10113-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Feb 12 08:25:41 EST 2024

Allied First Bank, SB dba Servbank
3138 E Elwood St
Phoenix, AZ 85034-7210

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

Advance America Small Loans of Ohio, Inc.
c/o Advance America
135 North Church Street
Spartanburg, SC 29306-5138

Allied First Bank, SB dba Servbank
3138 E Elwood St
Phoenix, Arizona 85034-7210

Avid Acceptance LLC.
6995 Union Park Center Ste 450
Cottonwood Heights UT 84047-6145

Consumer Portfolio Services
PO Box 57071
Irvine CA 92619-7071

Department of Veterans Affairs
PO Box 42954
Philadelphia PA 19101-2954

First American Loans
3329 E. Broad Street
Whitehall, OH  43213-1062

First Energy
5001 Nasa Boulevard
Fairmont, WV 26554-8248

Holiday Financial Services
715 West 38th Street
Erie, PA 16508-2626

Kay Jewelers / Genesis
Po Box 4485
Beaverton, OR 97076-4485

NCP Finance Ohio LLC
205 Sugar Camp Circle
Dept CA
Dayton, OH 45409-1970

Nationstar / Mr Cooper
8950 Cypress Waters Blvd,
Coppell, TX 75019-4620

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9096

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Penelec
C/O FirstEnergy/Penelec
101 Crawford's Corner Rd.
Bldg. #1, Ste. 1-511
Holmdel, NJ 07733-1976

Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

Shapiro & DeNardo LLC
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406-4702

VSCO of Ohio, Inc.
c/o First American Loans
135 North Church Street
Spartanburg, SC 29306-5138

Westlake Financial Services
3440 Flair Drive Lockbox 840132
El Monte CA 91731-2823

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Patricia J. Conway
PO Box 303
Linesville, PA 16424-0303

Robert E. Conway
PO Box 303
Linesville, PA 16424-0303

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

(d)Pnc Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

(d)Pnc Bank, N.a.
1 Financial Parkway
Kalamazoo, MI 49009

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(u)PNC BANK NATIONAL  ASSOCIATION

End of Label Matrix
Mailable recipients    26
Bypassed recipients     2
Total                  28