IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10113-JCM |
| | : | |
| **Robert E. Conway and** | : | |
| **Patricia J. Conway,** | : | |
|     **Debtors,** | : | |
| | : | **Chapter 13** |
| **Robert E. Conway and** | : | |
| **Patricia J. Conway,** | : | |
|     **Movants,** | : | |
|     v. | : | **Docket No. 107** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     **Chapter 13, Trustee,** | : | |
|     **Respondent.** | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 6, 2024 at docket number 96, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form for Robert E. Conway.

5. On March 18, 2024 at docket number 105, Debtors filed a Motion for Exemption from Financial Management Course for Patricia J. Conway. The signed order granting this motion was filed on March 19, 2024 at docket number 106.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>March 21, 2024</u>                                /s/ Daniel P. Foster, Esquire
                                                                                             Daniel P. Foster
                                                                                             PA I.D. # 92376
                                                                                             Foster Law Offices
                                                                                             1210 Park Avenue
                                                                                             Meadville, PA 16335
                                                                                             Phone: 814.724.1165
                                                                                             Fax: 814.724.1158
                                                                                             Email: [dan@mrdebtbuster.com](mailto:dan@mrdebtbuster.com)
                                                                                             Attorney for Debtor

**PAWB Local Form 24 (07/13)**