Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert E. Conway** | : | Case No. 19−10113−JCM |
| **Patricia J. Conway** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 111 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/20/24 at 03:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 26th of April, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 111 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before June 10, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **June 20, 2024 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10113-JCM |
| Robert E. Conway | Chapter 13 |
| Patricia J. Conway | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: 300b | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Conway, Patricia J. Conway, PO Box 303, Linesville, PA 16424-0303 |
| cr | + | Servbank, SB, Servbank, SB, P.O. BOX 9013, ADDISON, TX 75001, UNITED STATES 75001-9013 |
| 15000500 | + | Department of Veterans Affairs, PO Box 42954, Philadelphia PA 19101-2954 |
| 14991383 | + | Holiday Financial Services, 715 West 38th Street, Erie, PA 16508-2626 |
| 14991389 | #+ | Shapiro & DeNardo LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 15500436 | + | Westlake Financial Services, 3440 Flair Drive Lockbox 840132, El Monte CA 91731-2823 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| 15014416 | | Email/Text: bnc@atlasacq.com | Apr 26 2024 23:49:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15014999 | + | Email/Text: bnc@teampurpose.com | Apr 26 2024 23:51:00 | Advance America Small Loans of Ohio, Inc., c/o Advance America, 135 North Church Street, Spartanburg, SC 29306-5138 |
| 15600566 | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15233408 | + | Email/Text: bankruptcy@avidac.com | Apr 26 2024 23:52:00 | Avid Acceptance LLC., 6995 Union Park Center Ste 450, Cottonwood Heights UT 84047-6145 |
| 15004686 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 26 2024 23:52:00 | Consumer Portfolio Services, PO Box 57071, Irvine CA 92619-7071 |
| 14991381 | | Email/Text: bnc@teampurpose.com | Apr 26 2024 23:51:00 | First American Loans, 3329 E. Broad Street, Whitehall, OH 43213-1062 |
| 14991382 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 26 2024 23:51:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 14991384 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2024 23:52:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14991386 | + | Email/Text: bankruptcynotices@schear.net | Apr 26 2024 23:52:00 | NCP Finance Ohio LLC, 205 Sugar Camp Circle, Dept CA, Dayton, OH 45409-1970 |
| 14991385 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | Nationstar / Mr Cooper, 8950 Cypress Waters Blvd,, Coppell, TX 75019-4620 |

Case 19-10113-JCM    Doc 113    Filed 04/28/24    Entered 04/29/24 00:29:21    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 300b | Total Noticed: 26 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14996665 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15033757 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14991387 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | Pnc Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14991388 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 15018017 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 26 2024 23:50:00 | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15004496 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 26 2024 23:51:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15686927 | + | Email/Text: BK@servicingdivision.com | Apr 26 2024 23:50:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15014994 | + | Email/Text: bnc@teampurpose.com | Apr 26 2024 23:51:00 | VSCO of Ohio, Inc., c/o First American Loans, 135 North Church Street, Spartanburg, SC 29306-5138 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Daniel P. Foster | on behalf of Debtor Robert E. Conway dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 300b | Total Noticed: 26 |

on behalf of Joint Debtor Patricia J. Conway dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Kevin Scott Frankel
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8